[This opinion has been published in *Ohio Official Reports* at 84 Ohio St.3d 48.]

THE STATE OF OHIO, APPELLEE, *v.* RIMMER, APPELLANT.

[Cite as *State v. Rimmer*, 1998-Ohio-681.]

*Criminal procedure—Classification as sexual predator—Court of appeals'
judgment affirmed on authority of State v. Cook.*

(No. 98-1092—Submitted October 13, 1998—Decided December 2, 1998.)

APPEAL from the Court of Appeals for Lorain County, No. 97CA006795.

_____

*Gregory A. White*, Lorain County Prosecuting Attorney, and *Lisa A. Locke
Graves*, Assistant Prosecuting Attorney, for appellee.

*Carl E. Rimmer, pro se.*

_____

{¶ 1} The judgment of the court of appeals is affirmed on the authority of
*State v. Cook* (1998), 83 Ohio St.3d 404, 700 N.E.2d 570.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and
LUNDBERG STRATTON, JJ., concur.

_____